UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

United States of America,

-v-

Brandon Gray

   Defendant.

Case No. 08-CR-249 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The Federal Defender attorney assigned to this case Michael Hurwitz, Esq, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A. counsel Avraham Moskowitz, Esq.

Mr. Moskovitz shall file an electronic notice of appearance.

The next conference in this matter is scheduled for May 12, 2008 at 3:15pm.

SO ORDERED.

Richard J. Sullivan,
United States District Judge

Dated: May 5, 2008
       New York, N.Y.