UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-16
```

UNITED STATES OF AMERICA,

-v-

No. 08 Cr. 249 (RJS)
ORDER

BRANDON GRAY,

Defendant.

RICHARD J. SULLIVAN, District Judge:

In light of the fact that Defendant has pleaded not guilty in his state court proceeding and that the next conference in that matter is scheduled for March 1, 2016, IT IS HEREBY ORDERED THAT the parties shall appear for a status conference on Defendant's alleged violation of his supervised release on March 10, 2016 at 10 a.m. In the meantime, Defendant shall continue to comply with the conditions of his supervised release. Should he fail to do so, his probation officer shall immediately inform the Court.

SO ORDERED.

Dated:   February 2, 2016
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE